Case 1:22-mj-00086-GMH   Document 1

Case: 1:22-mj-00086
Assigned To : Harvey, G. Michael
Assign. Date : 4/26/2022
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On April 23 at approximately 1554hrs Officers Toth (Driver) and Officer K.Pitt (Passenger) were in full police uniform operating under the call sign Auto Theft 1. Officers were utilizing marked police cruiser 473 equipped with emergency lights and sirens. Officers were on routine patrol when a radio run was dispatched over the Fourth District radio zone for sounds of gunshots in the area of 14th and Oak ST NW. Along with the sounds of gunshots call, a look out was giving for a black male wearing a black coat and a black skull cap /beanie. Officer King, callsign 4081, also responded to the call for service.

As Officers Toth and Pitt approached the location, they were approach by an unidentified van driver who stated words to the effect of "the man over there has the gun in his hand and is walking." The van driver stated this while gesturing westbound in the 1400 block of Ogden ST NW. Officers immediately observed a black male wearing all black and a black beanie entering the south alley of 1400 Ogden ST NW. Officers drove to the mouth of the alley where they observed the male walking southbound in the alley. It was then when Officers Toth and Pitt observed the defendant, later identified as David Stewart (hereinafter referred to as DEF-Stewart) walking southbound through the alley with his back to the Officers. Officer were able to observe a black firearm in DEF-Stewart's right hand. Officers cautiously approached DEF-Stewart and then observed him take the firearm from his right hand and place it inside the interior of his jacket on his left side, underneath his armpit, in an apparent attempt to conceal the firearm.

It was at that time that DEF-Stewart turned out of the mouth of the alley and headed westbound in the 1400 block Oak ST NW. At the point in time Officers Toth and Pitt lost sight of DEF-Stewart. However, Officer King was standing in the 1400 block of Oak ST NW and immediately observed DEF-Stewart exit the alley. At that point in time, Officer King ordered DEF-Stewart to stop and get down on the ground. As DEF-Stewart complied with Officer Kings orders, Officer King noticed that DEF-Stewart was holding his left arm tight to his body in an apparent attempt to keep something from falling. As DEF-Stewart was going down to the ground, a black handgun fell from DEF Stewart's left interior jacket.

Officers Toth and Pitt exited the alley and assisted with apprehension of DEF-Stewart. DEF-Stewart was apprehended without further incident.

An investigation into the sounds of gunshots revealed the following:

Officers spoke to W-1 who stated that she observed DEF-Stewart walking back and forth in the 1400 block of Oak ST NW holding a gun in his hand. W-1 said that at some point, DEF-Stewart held the gun in the air and began firing and then walked eastbound on Oak ST NW. W-1 also took photos of Defendant Stewart holding the gun and showed Officers on scene. It should be noted that the photos show a black male, wearing a black jacket, a black and white beanie on his head, and black and red shoes holding a gun in his right hand. When Officers observed and stopped Defendant Stewart he was wearing the same clothing as the photos W-1 took.

W-2 reported to Officers that he saw Defendant Stewart in the 1400 block of Oak ST NW with a gun in his hand.

W-3 stated that he was driving eastbound in the 1400 Oak ST NW when he saw Defendant Stewart holding the gun in his hand. W-3 reported that he saw Defendant Stewart firing the gun in the air multiple times. At this point, W-3 parked his car and watched as Defendant Stewart continued

walking in the block towards W-3. Defendant Stewart waved the gun towards W-3, motioning for him to get out of his car. W-3 got out of his car as Defendant Stewart began walking eastbound on Oak St NW, away from W-3. W-3 proceeded to run from the area. Officers on scene located 7 spent shell casings in front of 1447 Oak ST NW.

Crime Scene CSU 63 responded to the scene to process the weapon. Closer inspection of the firearm revealed that it was a nine-millimeter Sig P239 (Serial # SA40327) semi-automatic firearm with a no rounds in the chamber and no rounds in the magazine. A WALES/NCIC check also revealed that the recovered firearm was not actively registered and was stolen on 4-1-1998 from Las Vegas, Nevada. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

The defendant was subsequently transported to the hospital for medical treatment related to injuries he sustained prior to the incident described above. While at the hospital, the defendant began making statements to Officers unprompted. Specifically, the defendant made statements to Officer Eveland to the effect of "wanting to go to Gallery Place with a 100 round magazine and kill only white people." Officer Eveland reported that the defendant stated he considered doing it because he wants to commit jihad and go to prison. The defendant further stated that he "did what he did today because he wanted the Police to shoot him and he wants January 6th to happen again but with AK47s."

A criminal history check of Defendant Stewart through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in U.S. District Court for the District of Columbia, case number 17-CR-148 (EGS) for Unlawful Possession of a Firearm (Prior Conviction). The defendant was sentenced to forty-one (41) months of incarceration for this conviction. The defendant is still on supervision for this conviction. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

OFFICER TYLER TOTH, Badge #5799
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of April 2022.*

_____

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE